UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA CARRERA CHAPPLE<br><br>Plaintiff,<br><br>v.<br><br>ANCESTRY.COM OPERATIONS INC., et al.<br><br>Defendants. | Case No.:  20cv1456-LAB (DEB)<br><br>**ORDER GRANTING UNOPPOSED MOTION TO COMPEL ARBITRATION; AND**<br><br>**ORDER OF DISMISSAL** |

Defendant Ancestry.com Operations, Inc. moved to compel arbitration pursuant to Plaintiff Marta Carrera Chapple's arbitration agreement, which it argued covered all her claims. Plaintiff filed a notice of non-opposition to the motion, but asked the Court to stay the action rather than dismiss it. This case was filed as a putative class action.

The Ninth Circuit has directed district courts, when granting motions to compel arbitration, to be as clear as possible whether a dismissal or stay is intended. *See Bushley v. Credit Suisse First Boston*, 360 F.3d 1149, 1153 n.1 (9th Cir. 2004).

Defendant has argued that the class action waiver is enforceable, and Plaintiff does not dispute this. This case therefore cannot be maintained as a class

action. Where, as here, all claims are subject to an arbitration agreement, the Court may dismiss the action. *See Pleasant v. Dollar Gen'l Corp.*, 2015 WL 12811236, at *3 (C.D. Cal., Feb. 18, 2015) (citing *Sparling v. Hoffman Const. Co., Inc.*, 864 F.2d 635, 638 (9th Cir. 1988) and *Thinket Ink Info. Res., Inc. v. Sun Microsystems, Inc.*, 368 F.3d 1053, 1060 (9th Cir. 2004)).

The unopposed motion to compel arbitration is **GRANTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE** and the putative class claims are **DISMISSED WITHOUT PREJUDICE**. This action is **DISMISSED** and the Clerk is directed to close the docket.

**IT IS SO ORDERED**.

Dated: September 30, 2020

*[signature]*
Honorable Larry Alan Burns
Chief United States District Judge