

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marta Carrera Chapple, individually and on behalf of all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>Ancestry.com Operations Inc., a Virginia corporation; Does 1-50, inclusive<br><br>**Defendant.** | Civil Action No.   20cv1456-LAB-DEB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This action is dismissed.

Date:   10/1/20

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By: s/ J. Taylor

J. Taylor, Deputy